JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW S. AGBAOSI,<br><br>    Plaintiff,<br><br>    v.<br><br>MERRICK B. GARLAND, Attorney General,<br>CYNTHIA SWAIN, Warden, Federal Correctional Institution, California,<br>KEVIN YOUNG, Associate Warden (AW) at Victorville,<br>SANDRA JOHN, Supervisor of Education, and<br>DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 5:20-cv-01123-JWH-KKx<br><br>**JUDGMENT** |

Pursuant to the Order filed concurrently herewith, and in accordance with Rule 56 of the Federal Rules of Civil Procedure, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331.

2. Defendants Cynthia Swain, Kevin Young, and Sandra John were previously **DISMISSED without prejudice** by stipulation of the parties, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

3. Fictitiously named Defendants Does 1-10, inclusive, are **DISMISSED**.

4. Defendant Attorney General Merrick B. Garland shall have **JUDGMENT** in his favor, and against Plaintiff Matthew S. Agbaosi. Plaintiff Agbaosi shall take nothing by way of his complaint. This action is **DISMISSED**.

5. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: January 28, 2022

John W. Holcomb
UNITED STATES DISTRICT JUDGE